UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RM and SM, infants by and through their
parent and natural guardian SHARON FAUST,

JL, an infant, by and through his parent and
natural guardian BERNADETTE TORRES,

and

SHARON KEMP, individually and on behalf of
her infant son AH,

                 Plaintiffs,

        - against -

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF EDUCATION,
MIEASIA EDWARDS, MERRIANNE
HARRISON, SCHOOL SAFETY OFFICER
JOHN DAVIS, JOHN & JANE JOE NOS. 1-5
EMPLOYEES OF THE DEPARTMENT OF
EDUCATION, PARTNERSHIP WITH
CHILDREN AND KASEEM GORDON,

                 Defendants.
-------------------------------------------------------------X

18 Civ. 09763 (RWL)

**ORDER OF DISMISSAL**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have filed their settlement agreement with respect to all claims asserted in this action. (*See* Dkt. 49.) Accordingly, it is ordered that the above-entitled action be, and hereby is, dismissed without costs; provided, however, that if the settlement is not consummated within thirty days of this Order, any party may apply by letter within that period to restore the action to the calendar. To be clear, any application to reopen must be filed within thirty days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain

1

jurisdiction to enforce a settlement agreement, an order of the Court must be entered to that effect within the thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). Any pending deadlines are cancelled and any motions are dismissed as moot. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    December 18, 2019
              New York, New York

Copies transmitted to all counsel of record.